**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
ELLEN E. COHEN, STATE BAR NO. 258131
ecohen@jmllaw.com
JASON M. YANG, STATE BAR NO. 287311
jason@jmllaw.com
DENISSE LOPEZ C., STATE BAR NO. 289766
denisse@jmllaw.com

Attorneys for Plaintiff MICHAEL LOWE

**NOTE CHANGES MADE BY THE COURT**

E-FILED 5/20/14

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOWE, an individual, Plaintiff, vs. THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation; LOU FRANCAVILLA, an individual; and DOES 1 through 100, inclusive, Defendants. | Case No.: 13-07175 PSG (SHx) Assigned to the Hon. Philip S. Gutierrez **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE; ORDER** |

1
STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

1  Having reached a settlement on the above action, Plaintiff MICHAEL
2  LOWE and Defendants THE CHILDREN'S PLACE RETAIL STORES, INC., et
3  al., through their respective attorneys of record stipulate as follows:
4  The entire action is hereby dismissed with prejudice, each party to bear their
5  own costs and fees.
6
7  DATED:   April 11, 2014        JML LAW, A Professional Law Corporation
8
9
10                                By: _____
11                                   JOSEPH M. LOVRETOVICH
12                                   ELLEN E. COHEN
13                                   JASON M. YANG
14                                   DENISSE LOPEZ C.
15                                   Attorneys for Plaintiff
16
17  DATED:   May 15, 2014         SHEPPARD, MULLIN, RICHTER &
18                                HAMPTON LLP
19
20
21                                By: _____
22                                   DEREK R. HAVEL
23                                   THOMAS Y. LEE
24                                   NORA K. STILES
25                                   Attorneys for Defendants

IT IS SO ORDERED.

DATED: 5/20/14

_____
U.S. DISTRICT JUDGE

2
STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE